**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FADI BASSAM ROUF SHUHAIBAR, | Case No. 5:25-cv-03399-KK-AJR |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| FERETI SEMAIA, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has considered Respondents' Objections and conducted a *de novo* review of those portions of the Report and Recommendation to which Respondents objected. Having conducted a *de novo* review, Respondents' Objections do not cause the Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall restore the terms and conditions of Petitioner Fadi Bassam Rouf Shuhaibar's (A# 208-839-622) release to those in place prior to his arrest on October 15, 2025. Before revoking

Petitioner's Order of Supervision ("OSUP"), Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  Before increasing the amount or conditions of Petitioner's OSUP, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that there is a material change of circumstances that require the increased conditions or amount.  Respondents shall file a notice of compliance within three days of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 10, 2026

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2