JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI BASSAM ROUF SHUHAIBAR, | Case No. 5:25-cv-03399-KK-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall restore the terms and conditions of Petitioner Fadi Bassam Rouf Shuhaibar's (A# 208-839-622) release to those in place prior to his arrest on October 15, 2025. Before revoking Petitioner's Order of Supervision ("OSUP"), Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's

future appearance and/or the safety of the community. Before increasing the amount or conditions of Petitioner's OSUP, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that there is a material change of circumstances that require the increased conditions or amount. Respondents shall file a notice of compliance within three days.

DATED: June 10, 2026

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2